| |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Edwin J. Harron, Esq. (NJ Bar No. 040701995)<br>Sharon M. Zieg, Esq. (DE Bar No. 4196)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: eharron@ycst.com<br>         szieg@ycst.com<br><br>*Counsel to the Legal Representative for*<br>*Future Talc Personal Injury Claimants* | |
| In re:<br><br>PRESPERSE CORPORATION,<br><br>                                              Debtor.[1] | Chapter 11<br><br>Case No. 24-18921<br><br>Judge: Hon. Michael B. Kaplan |

## AMENDED NOTICE OF ANNUAL RATE INCREASES BY
## YOUNG CONAWAY STARGATT & TAYLOR, LLP

On October 21, 2024, Heather Barlow, the legal representative for future talc personal injury claimants (the "Future Claimants' Representative") in the above-captioned chapter 11 case, filed the *Application for Retention of Young Conaway Stargatt & Taylor, LLP as Counsel to the Legal Representative for Future Talc Personal Injury Claimants* (the "Application")[2] [Docket No. 149].  On October 29, 2024, the Court entered an order approving the Application [Docket No. 163].

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's tax identification number, is Presperse Corporation (7527). The mailing address for the Debtor for purposes of this chapter 11 case is 19 Schoolhouse Road, Somerset, NJ 08873.

[2] Capitalized words used but not defined herein shall have the meaning ascribed to them in the Application.

32467831.2

In accordance with ordinary practices, Young Conaway's hourly billing rates will be adjusted as of January 1, 2025. Effective as of January 1, 2025, Young Conaway's hourly billing rates shall range as follows:

Partners:    $860 to $2,100 per hour
Associates:  $465 to $855 per hour
Paralegals:  $385 to $395 per hour

The specific hourly rate adjustments for the professionals primarily responsible for the handling of this case are as follows:

| Professional | Position | 2024 Rate | 2025 Rate |
| --- | --- | --- | --- |
| Edwin J. Harron | Partner | $1,335 | $1,425 |
| Sharon M. Zieg | Partner | $1,155 | $1,235 |
| Kristin L. McElroy | Associate | $530 | $580 |
| Casey S. Walls | Paralegal | $375 | $385 |

Dated: December 26, 2024　　　　YOUNG CONAWAY STARGATT & TAYLOR, LLP

　/s/ Edwin J. Harron
Edwin J. Harron, Esq. (NJ Bar No. 040701995)
Sharon M. Zieg, Esq. (DE Bar No. 4196)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: eharron@ycst.com
　　　szieg@ycst.com

*Counsel to the Legal Representative
for Future Talc Personal Injury Claimants*