| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**DUANE MORRIS LLP**<br>Morris S. Bauer, Esq. (NJ Bar No. 039711990)<br>Drew S. McGehrin, Esq. (NJ Bar No. 196852016)<br>200 Campus Drive, Suite 300<br>Florham Park, New Jersey 07932-1007<br>Telephone: (973) 424-2037<br>Facsimile: (973) 556-1380<br>E-mail: MSBauer@duanemorris.com<br>E-mail: DSMcGehrin@duanemorris.com<br><br>*Counsel to the Debtor and Debtor-in-Possession* |
| In Re:<br><br>PRESPERSE CORPORATION,<br><br>Debtor.[1] |

Chapter 11

Case No. 24-18921

Judge: Hon. Michael B. Kaplan

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### TO BE HEARD ON FEBRUARY 6, 2025 AT 10:00 A.M. (ET)

To:    All Parties Receiving Electronic Notification of filing via the Court's ECF System

**PLEASE TAKE NOTICE** that the following matters are currently scheduled to be heard on **February 6, 2025, at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Michael B. Kaplan, United States Bankruptcy Court for the District of New Jersey. **The hearing will be conducted by the Court via Zoom. For instructions on how to participate via Zoom, please see this link on the New Jersey Bankruptcy Court website https://www.njb.uscourts.gov/content/honorable-michael-b-kaplan.**

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's tax identification number, is Presperse Corporation (7527). The mailing address for the Debtor for purposes of this chapter 11 case is 19 Schoolhouse Rd, Somerset, NJ 08873.

**I.  MATTERS GOING FORWARD**

1. Debtor's Motion Seeking Entry of an Order Pursuant to Section 365(d)(4) of the Bankruptcy Code (I) Extending Debtor's Time to Assume or Reject Unexpired Leases of Non-Residential Real Property and (II) Granting Related Relief [Docket No. 255]

    Responses Received: None

    Status: No objections or other responses to this Motion were received. The Debtor expects this matter to proceed on an uncontested basis and accordingly believes that no hearing is required unless the Court has questions.

2. Debtor's Motion for Entry of an Order (I) Extending the Exclusivity Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof and (II) Granting Related Relief [Docket No. 256]

    Responses Received: None

    Status: No objections or other responses to this Motion were received. The Debtor expects this matter to proceed on an uncontested basis and accordingly believes that no hearing is required unless the Court has questions.

**II.  STATUS CONFERENCE**

1. Debtor's Motion For Entry Of Order (I) Conditionally Approving Disclosure Statement As Providing Adequate Information Within The Meaning Of Section 1125(A) Of The Bankruptcy Code; (II) Establishing Procedures For Solicitation And Tabulation Of Votes On Plan Of Reorganization; (III) Approving The Form Of Ballots; (IV) Scheduling A Hearing On Confirmation Of The Plan; (V) Approving The Form, Manner And Scope Of Mailed And Published Notices Of The Time Fixed To (A) Vote On The Plan, And (B) File Objections To Confirmation Of The Plan; And (VI) Granting Related Relief [Docket No. 24]

    Related Documents:

    a. Joint Prenegotiated Plan of Reorganization of Presperse Corporation Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 13]

    b. Disclosure Statement for the Joint Prenegotiated Plan of Reorganization of Presperse Corporation Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 14]

    c. Reply of the Debtor to the Office of the United States Trustee's Objection to the Debtor's Motion For Entry Of Order (I) Conditionally Approving Disclosure Statement As Providing Adequate Information Within The Meaning Of Section 1125(a) Of The Bankruptcy Code; (II) Establishing Procedures For Solicitation And Tabulation Of Votes On Plan Of Reorganization; (III) Approving The Form Of Ballots; (IV) Scheduling A Hearing On Confirmation Of The Plan; (V) Approving The Form, Manner And Scope Of Mailed And Published Notices Of The Time Fixed To (A) Vote On The Plan, And (B) File Objections To Confirmation Of The Plan; And (VI) Granting Related Relief [Docket No. 77]

    d. Hartford's Consent Motion to Extend Deadline to File Objection to Debtor's Solicitation Procedures Motion [Docket No. 86]

    e. Text Order Extending Deadline to File, and Deeming Timely Filed, Hartford's Objection to Debtor's Solicitation Procedures Motion [Docket No. 87]

Responses Received:

    a. United States Trustee's Objection to the Debtor's Motion For Entry Of Order (I) Conditionally Approving Disclosure Statement As Providing Adequate Information Within The Meaning Of Section 1125(a) Of The Bankruptcy Code; (II) Establishing Procedures For Solicitation And Tabulation Of Votes On Plan Of Reorganization; (III) Approving The Form Of Ballots; (IV) Scheduling A Hearing On Confirmation Of The Plan; (V) Approving The Form, Manner And Scope Of Mailed And Published Notices Of The Time Fixed To (A) Vote On The Plan, And (B) File Objections To Confirmation Of The Plan; And (VI) Granting Related Relief [Docket No. 66]

    b. Hartford's Objection to Debtor's Solicitation Procedure Motion [Docket No. 78]

Status:   This matter is going forward solely as a status conference.

## III. ADJOURNED MATTERS

1. Debtor's Motion for Interim and Final Orders (I) Authorizing the Debtor to Continue and Maintain Its Existing Cash Management System, Bank Accounts and Business Forms, (II) Modifying the Investment Guidelines, and (III) Granting Related Relief [Docket No. 8]

Related Documents:

    a. Declaration of Mehul Shah, Chief Financial Officer of the Debtor, in Support of Chapter 11 Petition and First Day Pleadings [Docket No. 6]

    b. Interim Order (I) Authorizing the Debtor to Continue and Maintain Its Existing Cash Management System, Bank Accounts and Business Forms, (II) Modifying the Investment Guidelines, and (III) Granting Related Relief [Docket No. 36]

    c. Second Interim Order (I) Authorizing the Debtor to Continue and Maintain Its Existing Cash Management System, Bank Accounts and Business Forms, (II) Modifying the Investment Guidelines, and (III) Granting Related Relief [Docket No. 99]

    d. Third Interim Order (I) Authorizing the Debtor to Continue and Maintain Its Existing Cash Management System, Bank Accounts and Business Forms, (II) Modifying the Investment Guidelines, and (III) Granting Related Relief [Docket No. 200]

    e. Fourth Interim Order (I) Authorizing the Debtor to Continue and Maintain Its Existing Cash Management System, Bank Accounts and Business Forms, (II) Modifying the Investment Guidelines, and (III) Granting Related Relief [Docket No. 228]

    f. Declaration of Mehul Shah, Chief Financial Officer of the Debtor, In Further Support of Debtor's Motion for Interim and Final Orders (I) Authorizing the Debtor to Continue and Maintain Its Existing Cash Management System, Bank Accounts and Business Forms, (II) Modifying the Investment Guidelines, and (III) Granting Related Relief [Docket No. 252]

<u>Responses Received</u>:

    a. United States Trustee's Limited Objection to Debtor's Motion for Interim and Final Orders (I) Authorizing the Debtor to Continue and Maintain Its Existing Cash Management System, Bank Accounts and Business Forms, (II) Modifying the Investment Guidelines, and (III) Granting Related Relief [Docket No. 268]

<u>Status</u>:    This matter is in the process of being adjourned to next February hearing date with the permission of the Court.

| | |
|---|---|
| Dated: February 5, 2025 | Respectfully submitted,<br><br>**DUANE MORRIS LLP**<br><br>*/s/ Morris S. Bauer*<br>Morris S. Bauer, Esq. (NJ Bar No. 039711990)<br>Drew S. McGehrin, Esq. (NJ Bar No. 196852016)<br>200 Campus Drive, Suite 300<br>Florham Park, New Jersey 07932-1007<br>Telephone: (973) 424-2037<br>Facsimile: (973) 556-1380<br>E-mail: MSBauer@duanemorris.com<br>E-mail: DSMcGehrin@duanemorris.com<br><br>*Counsel to the Debtor and Debtor-in-Possession* |

5