**THIS OMNIBUS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN PROOFS OF CLAIM. CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON SCHEDULE 1 ATTACHED TO THE PROPOSED ORDER.**

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**DUANE MORRIS LLP**<br>Morris S. Bauer, Esq. (NJ Bar No. 039711990)<br>Drew S. McGehrin, Esq. (NJ Bar No. 196852016)<br>200 Campus Drive, Suite 300<br>Florham Park, New Jersey 07932-1007<br>Telephone: (973) 424-2037<br>Facsimile: (973) 556-1380<br>E-mail: MSBauer@duanemorris.com<br>E-mail: DSMcGehrin@duanemorris.com<br><br>*Counsel to the Reorganized Debtor* | |
| In re:<br><br>PRESPERSE CORPORATION,<br><br>　　　　　　　　　　Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 24-18921<br><br>Judge: Hon. Michael B. Kaplan |

## NOTICE OF REORGANIZED DEBTOR'S FIRST OMNIBUS OBJECTION TO CERTAIN NO LIABILITY CLAIMS

**TO: ALL CLAIMANTS LISTED ON SCHEDULE 1 TO THE PROPOSED ORDER**

Presperse Corporation (the "Reorganized Debtor," and prior to the Effective Date, the "Debtor") has filed the enclosed First Omnibus Objection to Certain No Liability Claims (the

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Reorganized Debtor's tax identification number, is Presperse Corporation (7527). The mailing address for the Reorganized Debtor for purposes of this chapter 11 case is 19 Schoolhouse Rd, Somerset, NJ 08873.

DM3\21950806.1

-2-

"Objection")[2] which seeks to alter your rights by disallowing the Claims listed on **Schedule 1** to the Proposed Order.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court at the address below on or before **October 16, 2025 at 11:59 p.m. ET.**

At the same time, you must also serve a copy of the response upon counsel to the Reorganized Debtor, Duane Morris LLP, 200 Campus Drive, Suite 300, Florham Park, New Jersey 07932-1007, Attn: Morris S. Bauer (MSBauer@duanemorris.com) and Drew S. McGehrin (DSMcGehrin@duanemorris.com).

If you file a response, you or your attorney must appear at the hearing on the objection that will be held before the Honorable Michael B. Kaplan, on **October 23, 2025 at 10:00 a.m. ET** at the United States Bankruptcy Court for the District of New Jersey, 402 East State Street Trenton, N.J. 08608, Courtroom #8.

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to such terms in the Objection.

Dated: September 22, 2025

Respectfully submitted,

**DUANE MORRIS LLP**

*/s/ Morris S. Bauer*
Morris S. Bauer, Esq. (NJ Bar No. 039711990)
Drew S. McGehrin, Esq. (NJ Bar No. 196852016)
200 Campus Drive, Suite 300
Florham Park, New Jersey 07932-1007
Telephone: (973) 424-2037
Facsimile: (973) 556-1380
E-mail: MSBauer@duanemorris.com
E-mail: DSMcGehrin@duanemorris.com

*Counsel to the Reorganized Debtor*

-3-